May 24, 2005

No. 04–10284 (04A992). In re Johnson. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

May 31, 2005

No. 03–1043. Michigan Pork Producers Assn., Inc., et al. v. Campaign for Family Farms et al. C. A. 6th Cir. Reported below: 348 F. 3d 157;

No. 03–1180. Johanns, Secretary of Agriculture, et al. v. Campaign for Family Farms et al. C. A. 6th Cir. Reported below: 348 F. 3d 157;

No. 04–23. Landreneau, Secretary for the Louisiana Department of Wildlife and Fisheries v. Pelts & Skins, LLC. C. A. 5th Cir. Reported below: 365 F. 3d 423;

No. 04–166. Lovell et al. v. Cochran et ux. C. A. 3d Cir. Reported below: 359 F. 3d 263; and

No. 04–446. Johanns, Secretary of Agriculture, et al. v. Cochran et ux. C. A. 3d Cir. Reported below: 359 F. 3d 263. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Johanns* v. *Livestock Marketing Assn., ante,* p. 550.

No. 04–1345. Arnold v. United States. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).